UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                Crim. No. 19-804 (AET)


                                        **CONSENT ORDER AMENDING THE
    v                                   CONDITIONS OF PRETRIAL
                                        RELEASE FOR RONNIE DAWSON**


RONNIE DAWSON

    This matter having been opened to the Court upon application by Jerome A.

Ballarotto, Esq. appearing on behalf of Defendant Ronnie Dawson and consented to by

Martha Nye, Assistant United States Attorney on behalf of the Government, and

Adrienne Smith, Pretrial Services and the parties having acknowledged their consent to

the entry of this Order;

    IT IS on this  31st  day of December, 2020;

    ORDERED that Defendant Ronnie Dawson's Conditions of Pretrial

Release are hereby amended to a daily curfew of 9:00 p.m. to 5:00 a.m. with location

monitoring; and,

    IT IS FURTHERED ORDERED that all other conditions of Defendant

Ronnie Dawson's Conditions of Pretrial Release will remain in full force and effect.




                            __s/DOUGLAS E. ARPERT_____
                            Hon. Douglas E. Arpert, U.S.M.J.

The parties hereby consent to the form and entry of the within Order.

/s/ Jerome A. Ballarotto

Date: 12/30/20

_____

JEROME A. BALLAROTTO, Esq.
NJ Bar No. 021301979
Attorney for Frank Maile

CRAIG CARPENITO
UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF NEW JERSEY

Date:  12/30/20

By: MARTHA  NYE
      Assistant United States Attorney

Date:

_____

ADRIENNE K. SMITH
Intensive Supervision Specialist
U.S. Pretrial Services