UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-804 (AET) |
| v | : | **CONSENT ORDER FOR DEFENDANT RONNIE DAWSON TO TRAVEL** |
| RONNIE DAWSON | : | **FOR FUNERAL APRIL 8, 2021 TO APRIL 10, 2021** |

This matter having been opened to the Court upon application by Jerome A. Ballarotto, Esq. appearing on behalf of Defendant, Ronnie Dawson and with Martha Nye, Assistant United States Attorney on behalf of the Government and Adrienne Smith with Pretrial Services and both having consented to the entry of this Order;

WHEREAS defendant Ronnie Dawson's bail conditions are hereby modified as follows:

IT IS on this 7th day of April, 2021;

ORDERED that defendant Ronnie Dawson's Conditions of Pretrial Release are hereby amended to permit defendant Ronnie Dawson to travel to attend the funeral services for his aunt, Evelyn Denise Dawson on April 8, 2021 at Oscar's Mortuary, 1700 Oscar Drive, New Bern, North Carolina, telephone number (252) 633-2410 for viewing hours, funeral on April 9, 2021 at the Highways and Hedges Revival Center, 1602 National Avenue New Bern, North Carolina and internment at the New Bern Memorial Cemetery, 1307 Country Club Road, New Bern, North Carolina ;

IT IS FURTHER ORDERED that defendant Ronnie Dawson can leave his home at 8:00 a.m. on Thursday, April 8, 2021 to drive with his aunt and uncle, Brenda

Dawson and Melvin Gordon, where they will stay with his uncle and two cousins at 703 8th Street, New Bern North Carolina, and return to his home no later than 9:00 p.m. on Saturday April 10, 2021;

IT IS FURTHER ORDERED that defendant Ronnie Dawson's electronic monitoring transmitter is to remain in place; however, he will not be monitored during the period of 8:00 a.m. on April 8, 2021 and 9:00 p.m. on April 10, 2021. Electronic monitoring will resume upon his return by 9:00 p.m. on April 10, 2021;

IT IS FURTHER ORDERED that defendant Ronnie Dawson is to produce toll receipts for this travel as well as a copy of the funeral program to Pretrial Services upon return to his home;

IT IS FURTHER ORDERED that defendant Ronnie Dawson shall continue to abide by the reporting requirements previously set by Pretrial Services during the period of this travel; and

IT IS FURTHER ORDERED that all other terms of defendant Ronnie Dawson's Pretrial Release are to remain in full force and effect.

Honorable. Douglas E. Arpert, U.S.M.J.