UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Crim. No. 19-804 (AET)

**CONSENT ORDER AMENDING THE CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT RONNIE DAWSON**

v

RONNIE DAWSON

This matter having been opened to the Court by counsel for defendant Ronnie Dawson, Jerome A. Ballarotto, Esq. appearing and with the recommendation and consent of Martha Nye, Assistant United States Attorney appearing on behalf of the Government and Adrienne Smith of Pretrial SeNices and the Court having considered this matter;

IT IS on this 3rd day of May, 2021;

ORDERED that defendant Ronnie Dawson's Conditions of Pretrial Release are hereby amended to vacate his curfew and electronic location monitoring conditions;

IT IS FURTHER ORDERED that all other Conditions of Pretrial Release will remain in full force and effect.

_____
Douglas E. Arpert, U.S.M.J.