## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES                    *
                                 *
        v.                       *        CRIM. NO. 19-cr-804-03(AET)
                                 *
    RONNIE DAWSON                *
                                 *
                              *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

        In accordance with Standing Order 2020-06, this Court finds:

☑    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑    Video Teleconferencing

☐    Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

        ☐    The Defendant (or the Juvenile) is detained at a facility lacking video

        teleconferencing capability.

        ☐    Other:

Date:  8/19/2021

_____
Honorable Douglas E. Arpert
United States Magistrate Judge