UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 19-804-03 (AET) |
| V. | : | |
| | : | ORDER OF RELEASE |
| RONNIE DAWSON | : | |
| | : | |

      This matter having been opened to the Court by way of Petition for Action on Condition of Pretrial Release; and Assistant United States Attorney Martha K. Nye appearing on behalf of the Government, and Jerome A. Ballarotto appearing on behalf of defendant, Ronnie Dawson; and the Court having considered the filed Petition, the arguments by counsel and the position of Pretrial Services;

IT IS this 19th day of August, 2021 ORDERED that Defendant RONNIE DAWSON  is released on the following conditions previously imposed:

1. $150,000 unsecured appearance bond
2. Maintain current residence or a residence approved by Pretrial Services.
3. The defendant's travel is restricted to New Jersey, unless otherwise approved by Pretrial Services.
4. Surrender all passports and travel documents to Pretrial Services.
5. Do not apply for new travel documents.
6. Have no contact with the following individuals: co-defendants without the presence of counsel.
7. Surrender/do not possess any firearms. All firearms in any home which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.
8. Report to Pretrial Services as directed.
9. Abstain from the use of alcohol.
10. Substance abuse testing and/or treatment as deemed appropriate by Pretrial Services.

It is further ORDERED, the previously imposed third party custodian is terminated.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge